# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Kevin Michael Slivinski | § | Case No. 14-14401 |
| Rita Christine Slivinski | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on
04/17/2014 .   The undersigned trustee was appointed on  04/17/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          11,306.66

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 97.75 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $          11,208.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  04/30/2015  and the deadline for filing governmental claims was  04/30/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,880.67 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,880.67 , for a total compensation of $ 1,880.67 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.37 , for total expenses of $ 9.37 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:  11/02/2015                    By:/s/STEVEN R. RADTKE
                                               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 14-14401 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |

| Case Name: | Kevin Michael Slivinski | | Date Filed (f) or Converted (c): | 04/17/2014 (f) |
| | Rita Christine Slivinski | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 11/02/2015 | | Claims Bar Date: | 04/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  29 E. Division Street Lemont, Illinois 60439 Single Family D | 225,000.00 | 667.00 | | 0.00 | FA |
| 2.  Mb Financial Bank Checking Account Ending With 2413 | 4,050.00 | 0.00 | | 0.00 | FA |
| 3.  Mb Financial Bank Checking Account Ending With 8520 | 2,300.00 | 0.00 | | 0.00 | FA |
| 4.  Mb Financial Bank Checking Account Ending With 1423 | 800.00 | 0.00 | | 0.00 | FA |
| 5.  Used Household Goods, Furnishings And Appliances | 1,150.00 | 1,150.00 | | 1,150.00 | FA |
| 6.  Coins | 50.00 | 50.00 | | 50.00 | FA |
| 7.  Used Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 8.  Wedding Rings, Costume Jewelry | 1,500.00 | 652.00 | | 0.00 | FA |
| 9.  Camera | 50.00 | 50.00 | | 50.00 | FA |
| 10.  First Penn Pacific Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 11.  First Penn Pacific Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Edward Jones 401(K) | 36,220.00 | 0.00 | | 0.00 | FA |
| 13.  Advocate 401(K) | 21,250.00 | 0.00 | | 0.00 | FA |
| 14.  One Stop Truck Shop, Inc. Liabilities Exceed Assests Invento | 0.00 | 0.00 | | 400.00 | FA |
| 15.  Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 17.  1998 Toyota 4-Runner Sr5 With 199,000 Miles Value Per Kbb, P | 2,402.00 | 0.00 | | 0.00 | FA |
| 18.  2002 Chrysler Sebring With 133,000 Miles Value Per Kbb, Ppv | 1,900.00 | 0.00 | | 0.00 | FA |
| 19.  2013 Nissan Rogue With 12,000 Miles Value Per Kbb, Ppv Vehic | 16,973.00 | 9,077.00 | | 0.00 | FA |
| 20.  One Dog & One Cat | 70.00 | 70.00 | | 0.00 | FA |
| 21.  Shareholder loans made by Debtors to One Stop Truck Shop, In (u) | 6,573.55 | 6,573.55 | | 3,600.00 | FA |
| 22.  Nonexempt funds in bank accounts as of petition date (u) | 2,600.00 | 2,600.00 | | 2,600.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-14401 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Kevin Michael Slivinski | | | | Date Filed (f) or Converted (c): | 04/17/2014 (f) |
| | Rita Christine Slivinski | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 11/02/2015 | | | | Claims Bar Date: | 04/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23.  Transfer of funds to daughter (u) | 1,250.00 | 1,250.00 | | 1,250.00 | FA |
| 24.  106/365 of anticipated 2014 state and federal tax refunds (u) | 0.00 | Unknown | | 1,306.66 | FA |
| 25.  Prepaid insurance rights (u) | 0.00 | 900.00 | | 900.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $324,738.55 | $23,039.55 | | $11,306.66 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/20/15 All payments under court approved settlement received. The Trustee is in the process of filing his final report.

Trustee obtained order of court settling case regarding estate's equity in debtor's assets and potential avoidance claim against daughter plus estate's portion of debtors' 2014 federal and state tax refunds. Seven monthly installments of $400 remain to be collected on the balance of the settlement per order of court dated May 2, 2015.

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 06/30/2016

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-14401 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kevin Michael Slivinski | Bank Name: Associated Bank |
| Rita Christine Slivinski | Account Number/CD#: XXXXXX5646 |
| | Checking |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/15 | | Rita C. & Kevin M. Slivinski | Initial payment on settlement for estate's equity in debtor's assets<br>Down payment on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter | | $6,000.00 | | $6,000.00 |
| | | | Gross Receipts $6,000.00 | | | | |
| | 5 | | Used Household Goods, Furnishings And Appliances $1,150.00 | 1129-000 | | | |
| | 6 | | Coins $50.00 | 1129-000 | | | |
| | 9 | | Camera $50.00 | 1129-000 | | | |
| | 22 | | Nonexempt funds in bank accounts as of petition date $2,600.00 | 1229-000 | | | |
| | 23 | | Transfer of funds to daughter $1,250.00 | 1229-000 | | | |
| | 25 | | Prepaid insurance rights $900.00 | 1229-000 | | | |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,990.00 |
| 03/09/15 | 14 | Kevin M. Slivinski<br>29 East Division Street<br>Lemont, IL 60439 | 3/2015 installment payment<br>March 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1129-000 | $400.00 | | $6,390.00 |
| 03/17/15 | 24 | Rita C. Slivinski | Tax refunds<br>106/365 of Debtors' 2014 State and Federal tax refunds per order of Court entered 3/2/15 | 1224-000 | $1,306.66 | | $7,696.66 |

| | | | |
|---|---|---|---|
| | Page Subtotals: | $7,706.66 | $10.00 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No:  14-14401
Case Name:  Kevin Michael Slivinski
Rita Christine Slivinski

Taxpayer ID No: XX-XXX0168
For Period Ending: 11/02/2015

Trustee Name:  STEVEN R. RADTKE
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5646
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/15 | 21 | Kevin M. Slivinski | 4/2014 installment payment April 2015 installment payment of balance due on $10,000 settlement  of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $8,096.66 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $8,086.37 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.52 | $8,074.85 |
| 05/11/15 | 21 | Kevin M. Slivinski | 5/2015 installment payment May 2015 payment of balance due on $10,000 settlement  of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $8,474.85 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.41 | $8,462.44 |
| 06/09/15 | 21 | Kevin M. Slivinski | 6/2015 installment payment June 2015 payment of balance due on $10,000 settlement  of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $8,862.44 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.60 | $8,849.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $1,200.00        $46.82

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-14401
Case Name: Kevin Michael Slivinski
Rita Christine Slivinski

Trustee Name: STEVEN R. RADTKE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5646
Checking

Taxpayer ID No: XX-XXX0168
For Period Ending: 11/02/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/15 | 21 | Kevin M. Slivinski | 7/2015 installment payment June 2015 payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $9,249.84 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $9,236.66 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.73 | $9,222.93 |
| 09/10/15 | 21 | Kevin M. Slivinski | 8/2015 installment payment August 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $9,622.93 |
| 09/15/15 | 21 | Kevin M. Slivinski | 9/2015 installment payment September 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $10,022.93 |
| 09/29/15 | 21 | Kevin M. Slivinski | 10/2015 installment payment October 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $10,422.93 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.02 | $10,408.91 |

Page Subtotals:   $1,600.00   $40.93

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-14401 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kevin Michael Slivinski | Bank Name: Associated Bank |
| Rita Christine Slivinski | Account Number/CD#: XXXXXX5646 |
| | Checking |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/02/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 21 | Kevin M. Slivinski | 11/2015 and 12/2015 installment payments November and December 2015 installment payments of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $800.00 | | $11,208.91 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $11,306.66 | $97.75 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $11,306.66 | $97.75 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $11,306.66 | $97.75 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $800.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5646 - Checking | $11,306.66 | $97.75 | $11,208.91 |
| | $11,306.66 | $97.75 | $11,208.91 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,306.66 |
| Total Gross Receipts: | $11,306.66 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-14401
Debtor Name: Kevin Michael Slivinski
Claims Bar Date: 4/30/2015

Date: November 2, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603 | Administrative | | $0.00 | $1,880.67 | $1,880.67 |
| 100<br>2200 | ,<br>STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603 | Administrative | | $0.00 | $9.37 | $9.37 |
| 100<br>3210 | ,<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $4,525.00 | $4,525.00 |
| 100<br>3220 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Administrative | | $0.00 | $25.00 | $25.00 |
| 1<br>300<br>7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $17,477.25 | $17,477.25 |
| 2<br>300<br>7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $6,753.95 | $6,753.95 |
| 3<br>300<br>7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $2,460.06 | $2,460.06 |
| 4<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $15,975.46 | $15,975.46 |
| 5<br>300<br>7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,637.72 | $3,637.72 |

Printed: November 2, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-14401                                                                                          Date: November 2, 2015

Debtor Name: Kevin Michael Slivinski

Claims Bar Date: 4/30/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Navient Solutions, Inc. Department<br>Of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, Pa 18773-9635 | Unsecured | | $0.00 | $3,657.91 | $3,657.91 |
| 7<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $0.00 | $4,609.29 | $4,609.29 |
| 8<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To U.S. Bank National<br>Associat<br>Pob 41067<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $4,856.85 | $4,856.85 |
| 9<br>300<br>7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $5,339.89 | $5,339.89 |
| | Case Totals | | | $0.00 | $71,208.42 | $71,208.42 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-14401
Case Name: Kevin Michael Slivinski
               Rita Christine Slivinski
Trustee Name: STEVEN R. RADTKE

Balance on hand                        $        11,208.91

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,880.67 | $ 0.00 | $ 1,880.67 |
| Trustee Expenses: STEVEN R. RADTKE | $ 9.37 | $ 0.00 | $ 9.37 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 4,525.00 | $ 0.00 | $ 4,525.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 25.00 | $ 0.00 | $ 25.00 |

Total to be paid for chapter 7 administrative expenses    $      6,440.04

Remaining Balance                       $      4,768.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,768.38  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 17,477.25 | $ 0.00 | $ 1,286.84 |
| 2 | Discover Bank | $ 6,753.95 | $ 0.00 | $ 497.29 |
| 3 | First National Bank Of Omaha | $ 2,460.06 | $ 0.00 | $ 181.13 |
| 4 | Capital One Bank (Usa), N.A. | $ 15,975.46 | $ 0.00 | $ 1,176.27 |
| 5 | Capital One Bank (Usa), N.A. | $ 3,637.72 | $ 0.00 | $ 267.84 |
| 6 | Navient Solutions, Inc. Department Of Education | $ 3,657.91 | $ 0.00 | $ 269.33 |
| 7 | Capital Recovery V, Llc | $ 4,609.29 | $ 0.00 | $ 339.38 |
| 8 | Portfolio Recovery Associates, Llc | $ 4,856.85 | $ 0.00 | $ 357.61 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,339.89 | $ 0.00 | $ 393.18 |

Total to be paid to timely general unsecured creditors       $       4,768.87

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE