UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Kevin Michael Slivinski | § | Case No. 14-14401 |
| Rita Christine Slivinski | § | |
| | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      219 S. Dearborn Street
      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

      10:30 a.m. on January 5, 2016
      in Courtroom 744, U.S. Courthouse
      219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey P. Allsteadt_____
                        Clerk of the Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Kevin Michael Slivinski § Case No. 14-14401
Rita Christine Slivinski §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,306.66 |
| and approved disbursements of | $ | 97.75 |
| leaving a balance on hand of[1] | $ | 11,208.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: STEVEN R. RADTKE | $ 1,880.67 | $ 0.00 | $ 1,880.67 |
| Trustee Expenses: STEVEN R. RADTKE | $ 9.37 | $ 0.00 | $ 9.37 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 4,525.00 | $ 0.00 | $ 4,525.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 25.00 | $ 0.00 | $ 25.00 |

Total to be paid for chapter 7 administrative expenses    $    6,440.04
Remaining Balance    $    4,768.87

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,768.38  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 1 | Discover Bank | $ 17,477.25 | $ 0.00 | $ 1,286.84 |
| 2 | Discover Bank | $ 6,753.95 | $ 0.00 | $ 497.29 |
| 3 | First National Bank Of Omaha | $ 2,460.06 | $ 0.00 | $ 181.13 |
| 4 | Capital One Bank (Usa), N.A. | $ 15,975.46 | $ 0.00 | $ 1,176.27 |
| 5 | Capital One Bank (Usa), N.A. | $ 3,637.72 | $ 0.00 | $ 267.84 |
| 6 | Navient Solutions, Inc. Department Of Education | $ 3,657.91 | $ 0.00 | $ 269.33 |
| 7 | Capital Recovery V, Llc | $ 4,609.29 | $ 0.00 | $ 339.38 |
| 8 | Portfolio Recovery Associates, Llc | $ 4,856.85 | $ 0.00 | $ 357.61 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,339.89 | $ 0.00 | $ 393.18 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,768.87 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 14-14401-TAB
Kevin Michael Slivinski                                     Chapter 7
Rita Christine Slivinski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 2          Date Rcvd: Nov 25, 2015
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2015.
db/jdb         +Kevin Michael Slivinski,    Rita Christine Slivinski,    29 E. Division Street,
                 Lemont, IL 60439-3861
21814191      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citicorp Credit Services *,
                 ATTN: Internal Recovery; Centralized Bk,    P.O. Box 20507,    Kansas City, MO 64195)
22925014       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
21814185       +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
21814189       +Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
21814190       +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
21814193       +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
21814197        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21814198       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21814199       +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge Street Stop Code: 3290,
                 Omaha, NE 68197-0003
22913970       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha Ne 68197-0003
21814201      ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Infinity Limited,    Attn: Bankruptcy,    8900 Freeport Parkway,
                 Irving, TX 75063)
22960897        Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
21814202       +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
21814203       +RBS Citizens,    PO Box 42113,    Providence, RI 02940-2113
21814204       +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
21814205       +US Bank Assorted,    29125 Solon Road,    Solon, OH 44139-3442
21814207       +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
21814206       +US Department of Education,    Po Box 530260,    Atlanta, GA 30353-0260
21814209       +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
                 Washington, DC 20208-0003
21814208       +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
                 Washington, DC 20202-0031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21814187        Fax: 888-777-2057 Nov 26 2015 01:20:22     Cco Mortgage Corp.,    10561 Telegraph Road,
                 Glen Allen, VA 23059
21814184       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 26 2015 01:27:44     Capital One, N.A. *,
                 c/o American Infosource,    P.O Box 54529,    Oklahoma City, OK 73154-1529
23116859        E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2015 01:28:08     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21814192       +E-mail/Text: bankruptcy@commercebank.com Nov 26 2015 01:23:27     Commerce Bank*,
                 PO Box 419248,    Kansas City, MO 64141-6248
21814195        E-mail/Text: mrdiscen@discover.com Nov 26 2015 01:22:25     Discover Financial Services,
                 2500 Lake Cook Road,    Deerfield, IL 60015
21814196        E-mail/Text: mrdiscen@discover.com Nov 26 2015 01:22:25     Discover Financial Services LLC,
                 Po Box 15316,    Wilmington, DE 19850
21814194       +E-mail/PDF: pa_dc_ed@navient.com Nov 26 2015 01:27:36     Department of Education / Sallie Mae,
                 Po Box 9635,    Wilkes Barre, PA 18773-9635
22885775        E-mail/Text: mrdiscen@discover.com Nov 26 2015 01:22:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
21814200       +E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2015 01:28:30
                 GE Capital Retail Consumer Finance,    1600 Summer Street,    Fifth Floor,
                 Stamford, CT 06905-5125
23222829        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 26 2015 01:28:17
                 Portfolio Recovery Associates, LLC,    Successor to U.S. BANK NATIONAL ASSOCIAT,    POB 41067,
                 Norfolk, VA 23541
23229098       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2015 01:28:12
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21814188*     ++CCO MORTGAGE CORP,    10561 TELEGRAPH RD,    GLEN ALLEN VA 23059-4577
                (address filed with court: CCO Mortgage Corporation,    10561 Telegraph Road,
                 Glen Allen, VA 23059)
21814186       ##+CCO Mortgage Corp.,    2812 Emerywood Parkway,    Richmond, VA 23294-3727
                                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Nov 25, 2015
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 24, 2015 at the address(es) listed below:
```
              Ira P Goldberg     on behalf of Trustee Steven R Radtke igoldberg@dimontelaw.com,
               jjarke@dimontelaw.com
              Nathan C Volheim    on behalf of Joint Debtor Rita Christine Slivinski courtinfo@sulaimanlaw.com,
               molly.a@consumerlawpartners.com,sulaiman.igotnotices@gmail.com
              Nathan C Volheim    on behalf of Debtor Kevin Michael Slivinski courtinfo@sulaimanlaw.com,
               molly.a@consumerlawpartners.com,sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross W Bartolotta    on behalf of Creditor   NISSAN-INFINITI LT rbartolo@smbtrials.com
              Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```