UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                        §
                                              §
Kevin Michael Slivinski                       §    Case No. 14-14401
Rita Christine Slivinski                      §
                                              §
                                              §
          Debtors                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 212,195.00                    Assets Exempt: 100,870.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,793.87      Claims Discharged
                                                Without Payment: 327,625.51

Total Expenses of Administration: 6,512.79

---

3) Total gross receipts of $ 11,306.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,306.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 202,229.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,537.79 | 6,512.79 | 6,512.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,422.00 | 64,768.38 | 64,768.38 | 4,793.87 |
| **TOTAL DISBURSEMENTS** | $ 267,651.00 | $ 71,306.17 | $ 71,281.17 | $ 11,306.66 |

4) This case was originally filed under chapter 7 on 04/17/2014. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/02/2016          By:/s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Camera | 1129-000 | 50.00 |
| Coins | 1129-000 | 50.00 |
| One Stop Truck Shop, Inc. Liabilities Exceed Assests Invento | 1129-000 | 400.00 |
| Used Household Goods, Furnishings And Appliances | 1129-000 | 1,150.00 |
| 106/365 of anticipated 2014 state and federal tax refunds | 1224-000 | 1,306.66 |
| Nonexempt funds in bank accounts as of petition date | 1229-000 | 2,600.00 |
| Prepaid insurance rights | 1229-000 | 900.00 |
| Shareholder loans made by Debtors to One Stop Truck Shop, In | 1229-000 | 3,600.00 |
| Transfer of funds to daughter | 1229-000 | 1,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,306.66** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cco Mortgage Corp. 10561 Telegraph Road Glen Allen, VA 23059 | | 0.00 | NA | NA | 0.00 |
| | CCO Mortgage Corp. 2812 Emerywood Parkway Richmond, VA 23294 | | 0.00 | NA | NA | 0.00 |
| | CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | 0.00 | NA | NA | 0.00 |
| | CCO Mortgage Corporation 10561 Telegraph Road Glen Allen, VA 23059 | | 194,333.00 | NA | NA | 0.00 |
| | Nissan Infinity Limited Attn: Bankruptcy 8900 Freeport Parkway Irving, TX 75063 | | 7,896.00 | NA | NA | 0.00 |
| | Nissan Motor Acceptance * Po Box 660360 Dallas, TX 75266 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RBS Citizens PO Box 42113 Providence, RI 02940 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 202,229.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 1,880.67 | 1,880.67 | 1,880.67 |
| STEVEN R. RADTKE | 2200-000 | NA | 9.37 | 9.37 | 9.37 |
| Associated Bank | 2600-000 | NA | 97.75 | 97.75 | 97.75 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 4,525.00 | 4,525.00 | 4,525.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 0.00 | 0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 6,537.79** | **$ 6,512.79** | **$ 6,512.79** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | 12,946.00 | NA | NA | 0.00 |
| | Capital One, N.A. * c/o American Infosource P.O Box 54529 Oklahoma City, OK 73154 | | 3,637.00 | NA | NA | 0.00 |
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | 0.00 | NA | NA | 0.00 |
| | Capital One, N.A.* 1680 Capital One Drive Mc Lean, VA 22102 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase * 3415 Vision Drive Mail Code OH4-7142 Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |
| | Chase * ATTN: Bankruptcy Department P.O. Box 15298 Wilmington, DE 19850 | | 1,219.00 | NA | NA | 0.00 |
| | Citicorp Credit Services * ATTN: Internal Recovery; Centralized Bk P.O. Box 20507 Kansas City, MO 64195 | | 5,422.00 | NA | NA | 0.00 |
| | Commerce Bank* PO Box 419248 Kansas City, MO 64141 | | 2,187.00 | NA | NA | 0.00 |
| | Department of Education / Sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | 3,815.00 | NA | NA | 0.00 |
| | Department of Education FedLoan Servicing PO Box 530210 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial Services 2500 Lake Cook Road Deerfield, IL 60015 | | 6,743.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial Services 2500 Lake Cook Road Deerfield, IL 60015 | | 17,477.00 | NA | NA | 0.00 |
| | Discover Financial Services LLC Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial Services LLC Po Box 15316 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Equifax Information Services, LLC 1550 Peachtree Street NW Atlanta, GA 30309 | | 0.00 | NA | NA | 0.00 |
| | Experian Information Solutions, Inc. 475 Anton Boulevard Costa Mesa, CA 92626 | | 0.00 | NA | NA | 0.00 |
| | First National Bank Attention:FNN Legal Dept 1620 Dodge Street Stop Code: 3290 Omaha, NE 68197 | | 2,460.00 | NA | NA | 0.00 |
| | GE Capital Retail Consumer Finance 1600 Summer Street Fifth Floor Stamford, CT 06905 | | 4,609.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trans Union LLC 1561 E. Orangethorpe Avenue Fullerton, CA 92831 | | 0.00 | NA | NA | 0.00 |
| | US Bank Assorted 29125 Solon Road Solon, OH 44139 | | 4,907.00 | NA | NA | 0.00 |
| | US Department of Education 400 Maryland Avenue, SW Washington, DC 20202 | | 0.00 | NA | NA | 0.00 |
| | US Department of Education Capitol Place 555 New Jersey Ave, NW Washington, DC 20208 | | 0.00 | NA | NA | 0.00 |
| | US Department of Education Po Box 530260 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |
| | US Department of Education Potomac Center Plaza (PCP) 550 12th Street, SW Washington, DC 20202 | | 0.00 | NA | NA | 0.00 |
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 15,975.46 | 15,975.46 | 1,182.43 |
| 5 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 3,637.72 | 3,637.72 | 269.25 |
| 7 | Capital Recovery V, Llc | 7100-000 | NA | 4,609.29 | 4,609.29 | 341.16 |
| 1 | Discover Bank | 7100-000 | NA | 17,477.25 | 17,477.25 | 1,293.59 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | NA | 6,753.95 | 6,753.95 | 499.90 |
| 3 | First National Bank Of Omaha | 7100-000 | NA | 2,460.06 | 2,460.06 | 182.08 |
| 6 | Navient Solutions, Inc. Department Of Education | 7100-000 | NA | 3,657.91 | 3,657.91 | 270.74 |
| 8 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 4,856.85 | 4,856.85 | 359.48 |
| 9 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 5,339.89 | 5,339.89 | 395.24 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,422.00 | $ 64,768.38 | $ 64,768.38 | $ 4,793.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-14401 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Kevin Michael Slivinski | | | | Date Filed (f) or Converted (c): | 04/17/2014 (f) |
| | Rita Christine Slivinski | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 03/02/2016 | | | | Claims Bar Date: | 04/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 29 E. Division Street Lemont, Illinois 60439 Single Family D | 225,000.00 | 667.00 | | 0.00 | FA |
| 2. Mb Financial Bank Checking Account Ending With 2413 | 4,050.00 | 0.00 | | 0.00 | FA |
| 3. Mb Financial Bank Checking Account Ending With 8520 | 2,300.00 | 0.00 | | 0.00 | FA |
| 4. Mb Financial Bank Checking Account Ending With 1423 | 800.00 | 0.00 | | 0.00 | FA |
| 5. Used Household Goods, Furnishings And Appliances | 1,150.00 | 1,150.00 | | 1,150.00 | FA |
| 6. Coins | 50.00 | 50.00 | | 50.00 | FA |
| 7. Used Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 8. Wedding Rings, Costume Jewelry | 1,500.00 | 652.00 | | 0.00 | FA |
| 9. Camera | 50.00 | 50.00 | | 50.00 | FA |
| 10. First Penn Pacific Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 11. First Penn Pacific Term Life Insurance Policy No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 12. Edward Jones 401(K) | 36,220.00 | 0.00 | | 0.00 | FA |
| 13. Advocate 401(K) | 21,250.00 | 0.00 | | 0.00 | FA |
| 14. One Stop Truck Shop, Inc. Liabilities Exceed Assests Invento | 0.00 | 0.00 | | 400.00 | FA |
| 15. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 16. Illinois Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 17. 1998 Toyota 4-Runner Sr5 With 199,000 Miles Value Per Kbb, P | 2,402.00 | 0.00 | | 0.00 | FA |
| 18. 2002 Chrysler Sebring With 133,000 Miles Value Per Kbb, Ppv | 1,900.00 | 0.00 | | 0.00 | FA |
| 19. 2013 Nissan Rogue With 12,000 Miles Value Per Kbb, Ppv Vehic | 16,973.00 | 9,077.00 | | 0.00 | FA |
| 20. One Dog & One Cat | 70.00 | 70.00 | | 0.00 | FA |
| 21. Shareholder loans made by Debtors to One Stop Truck Shop, In (u) | 6,573.55 | 6,573.55 | | 3,600.00 | FA |
| 22. Nonexempt funds in bank accounts as of petition date (u) | 2,600.00 | 2,600.00 | | 2,600.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-14401 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Kevin Michael Slivinski | | | | Date Filed (f) or Converted (c): | 04/17/2014 (f) |
| | Rita Christine Slivinski | | | | 341(a) Meeting Date: | 06/09/2014 |
| For Period Ending: | 03/02/2016 | | | | Claims Bar Date: | 04/30/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Transfer of funds to daughter (u) | 1,250.00 | 1,250.00 | | 1,250.00 | FA |
| 24. 106/365 of anticipated 2014 state and federal tax refunds (u) | 0.00 | Unknown | | 1,306.66 | FA |
| 25. Prepaid insurance rights (u) | 0.00 | 900.00 | | 900.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $324,738.55  $23,039.55  $11,306.66  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

1/6/15 Trustee's attorneys' expenses not allowed resulting in additional $25 to be distributed - Supplemental Distribution Report sent to UST for review and approval

10/20/15 All payments under court approved settlement received. The Trustee is in the process of filing his final report.

Trustee obtained order of court settling case regarding estate's equity in debtor's assets and potential avoidance claim against daughter plus estate's portion of debtors' 2014 federal and state tax refunds. Seven monthly installments of $400 remain to be collected on the balance of the settlement per order of court dated May 2, 2015.

Initial Projected Date of Final Report (TFR): 06/30/2016    Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-14401 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kevin Michael Slivinski | Bank Name: Associated Bank |
| Rita Christine Slivinski | Account Number/CD#: XXXXXX5646 |
| | Checking |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/27/15 | | Rita C. & Kevin M. Slivinski | Initial payment on settlement for estate's equity in debtor's assets<br>Down payment on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter | | $6,000.00 | | $6,000.00 |
| | | | Gross Receipts $6,000.00 | | | | |
| | 5 | | Used Household Goods, Furnishings And Appliances $1,150.00 | 1129-000 | | | |
| | 6 | | Coins $50.00 | 1129-000 | | | |
| | 9 | | Camera $50.00 | 1129-000 | | | |
| | 22 | | Nonexempt funds in bank accounts as of petition date $2,600.00 | 1229-000 | | | |
| | 23 | | Transfer of funds to daughter $1,250.00 | 1229-000 | | | |
| | 25 | | Prepaid insurance rights $900.00 | 1229-000 | | | |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,990.00 |
| 03/09/15 | 14 | Kevin M. Slivinski<br>29 East Division Street<br>Lemont, IL 60439 | 3/2015 installment payment March 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1129-000 | $400.00 | | $6,390.00 |
| 03/17/15 | 24 | Rita C. Slivinski | Tax refunds<br>106/365 of Debtors' 2014 State and Federal tax refunds per order of Court entered 3/2/15 | 1224-000 | $1,306.66 | | $7,696.66 |
| | | | Page Subtotals: | | $7,706.66 | $10.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-14401 | | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|
| Case Name: | Kevin Michael Slivinski | | Bank Name: | Associated Bank |
| | Rita Christine Slivinski | | Account Number/CD#: | XXXXXX5646 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0168 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/02/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/15 | 21 | Kevin M. Slivinski | 4/2014 installment payment April 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $8,096.66 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $8,086.37 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.52 | $8,074.85 |
| 05/11/15 | 21 | Kevin M. Slivinski | 5/2015 installment payment May 2015 payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $8,474.85 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.41 | $8,462.44 |
| 06/09/15 | 21 | Kevin M. Slivinski | 6/2015 installment payment June 2015 payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $8,862.44 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.60 | $8,849.84 |

Page Subtotals: $1,200.00  $46.82

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-14401 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kevin Michael Slivinski | Bank Name: Associated Bank |
| Rita Christine Slivinski | Account Number/CD#: XXXXXX5646 |
| | Checking |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/15 | 21 | Kevin M. Slivinski | 7/2015 installment payment June 2015 payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $9,249.84 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.18 | $9,236.66 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.73 | $9,222.93 |
| 09/10/15 | 21 | Kevin M. Slivinski | 8/2015 installment payment August 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $9,622.93 |
| 09/15/15 | 21 | Kevin M. Slivinski | 9/2015 installment payment September 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $10,022.93 |
| 09/29/15 | 21 | Kevin M. Slivinski | 10/2015 installment payment October 2015 installment payment of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $400.00 | | $10,422.93 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.02 | $10,408.91 |
| | | | Page Subtotals: | | $1,600.00 | $40.93 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-14401 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Kevin Michael Slivinski | Bank Name: Associated Bank |
| Rita Christine Slivinski | Account Number/CD#: XXXXXX5646 |
| | Checking |
| Taxpayer ID No: XX-XXX0168 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/15 | 21 | Kevin M. Slivinski | 11/2015 and 12/2015 installment payments November and December 2015 installment payments of balance due on $10,000 settlement of estate's equity in debtor's assets and potential avoidance claim against daughter; final payment due 12/2015 | 1229-000 | $800.00 | | $11,208.91 |
| 01/20/16 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,880.67 | $9,328.24 |
| 01/20/16 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $9.37 | $9,318.87 |
| 01/20/16 | 1003 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution representing a payment of 100.00 % per court order. | 3210-000 | | $4,525.00 | $4,793.87 |
| 01/20/16 | 1004 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 7.40 % per court order. | 7100-000 | | $1,293.59 | $3,500.28 |
| 01/20/16 | 1005 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 7.40 % per court order. | 7100-000 | | $499.90 | $3,000.38 |
| 01/20/16 | 1006 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Final distribution to claim 3 representing a payment of 7.40 % per court order. | 7100-000 | | $182.08 | $2,818.30 |

Page Subtotals: $800.00 $8,390.61

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 14-14401 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Kevin Michael Slivinski | Bank Name: | Associated Bank |
| | Rita Christine Slivinski | Account Number/CD#: | XXXXXX5646 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0168 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/20/16 | 1007 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 representing a payment of 7.40 % per court order. | 7100-000 | | $1,182.43 | $1,635.87 |
| 01/20/16 | 1008 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 5 representing a payment of 7.40 % per court order. | 7100-000 | | $269.25 | $1,366.62 |
| 01/20/16 | 1009 | Navient Solutions, Inc. Department Of Education<br>Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, Pa 18773-9635 | Final distribution to claim 6 representing a payment of 7.40 % per court order. | 7100-000 | | $270.74 | $1,095.88 |
| 01/20/16 | 1010 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 7.40 % per court order. | 7100-000 | | $341.16 | $754.72 |
| 01/20/16 | 1011 | Portfolio Recovery Associates, Llc Successor To U.S. Bank National Associat<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 8 representing a payment of 7.40 % per court order. | 7100-000 | | $359.48 | $395.24 |
| 01/20/16 | 1012 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 9 representing a payment of 7.40 % per court order. | 7100-000 | | $395.24 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,306.66 | $11,306.66 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,306.66 | $11,306.66 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,306.66 | $11,306.66 |

Page Subtotals:   $0.00   $2,818.30

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

| | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| XXXXXX5646 - Checking | $11,306.66 | $11,306.66 | $0.00 |
| | $11,306.66 | $11,306.66 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,306.66 |
| Total Gross Receipts: | $11,306.66 |

Page Subtotals: $0.00 $0.00